# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> ANITA GRIFFIN, et al., <br><br> Defendants. | Case No. 1:18-cv-01619-LJO-SAB <br><br> ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY AND CONTINUING MANDATORY SCHEDULING CONFERENCE TO MARCH 28, 2019 |

Peter Strojnik, Sr. ("Plaintiff"), proceeding pro se in this action, filed a complaint against Anita Griffin and Greg Griffin (collectively "Defendants") alleging violations of the Americans With Disabilities Act and California law. (ECF No. 1.) On November 27, 2018, the mandatory scheduling conference order issued. (ECF No. 3.) On January 4, 2019, Defendants, also proceeding pro se, filed an answer to the complaint. (ECF No. 9.)

Currently a scheduling conference is set for February 26, 2019 in this matter. Pursuant to the order setting the mandatory scheduling conference, the parties were ordered to file a joint scheduling report one full week prior to the scheduling conference. (ECF No. 3 at 2.) No joint report has been filed in this action.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall continue the scheduling conference and require the parties to show cause why monetary sanctions should not issue for the failure to file a joint report in compliance with February 26, 2019 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing within **ten (10) days** of the date of entry of this order why monetary sanctions should not issue for the failure to file a joint scheduling report as required by the November 27, 2019 order setting the mandatory scheduling conference;

2. The scheduling conference set for February 26, 2019, is CONTINUED to **March 28, 2019**, at 10:30 a.m. in Courtroom 9;

3. The parties shall file a joint scheduling report at least one week prior to the scheduling conference; and

4. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: __**February 25, 2019**__

UNITED STATES MAGISTRATE JUDGE