# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> ANITA GRIFFIN, et al., <br><br> Defendants. | Case No. 1:18-cv-01619-LJO-SAB <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE, STRIKING UNSIGNED DOCUMENT, AND CONTINUING SCHEDULING CONFERENCE <br><br> (ECF No. 10, 11, 12) |

Peter Strojnik, Sr. ("Plaintiff"), proceeding pro se in this action, filed a complaint against Anita Griffin and Greg Griffin (collectively "Defendants") alleging violations of the Americans With Disabilities Act and California law. (ECF No. 1.) On November 27, 2018, the mandatory scheduling conference order issued. (ECF No. 3.) On January 4, 2019, Defendants, also proceeding pro se, filed an answer to the complaint. (ECF No. 9.)

On February 25, 2019, the parties were ordered to show cause why monetary sanctions should not issue for the failure to file a joint scheduling report in compliance with the November 27, 2018 scheduling order. (ECF No. 10.) On March 7, 2019, Defendants filed a response to the order to show cause. (ECF No. 11.) On March 12, 2019, Plaintiff filed a response to the order to show cause. (ECF No. 12.)

Upon review of Defendants' response to the order to show cause, the Court finds that it is unsigned and unresponsive to the issues required to be addressed by the order to show cause.

1  First, unsigned documents cannot be considered by the Court, and Defendants' response to the
2  order to show cause shall be stricken from the record on that ground.  Fed. R. Civ. P. 11(a);
3  Local Rule 131(b).

4  Second, Defendants were required to address why they did not file a joint scheduling
5  report as they were required to do by the November 27, 2018 mandatory scheduling order.  The
6  response filed by Defendants addresses the merits of the case but does not explain why no joint
7  scheduling report was filed.

8  Plaintiff does address the failure to comply with the order to show cause, but it is
9  apparent that he has made insufficient efforts to comply with the order.  The Court notes that
10 although Plaintiff is proceeding pro se in this matter, he has been an attorney in the past and
11 therefore he should be well aware that he is required to comply with orders of the court, the
12 Local Rules of the Eastern District of California, and the Federal Rules of Civil Procedure.

13 Plaintiff states that prior to filing this action, on October 2, 2018, he spoke with Greg
14 Griffin once, but Mr. Griffin hung up on him, and an email was sent which was not delivered
15 because the inbox was full.  (ECF No. 12 at 1.)  Plaintiff tried to contact the defendants on March
16 8, 2019, and left a message for Defendants to return his phone call and tried to email but again
17 the inbox was full.  (Id.)  Plaintiff requests that currently scheduled conference be kept on
18 calendar and that Court encourage the defendants "(1) to redline or complete the [Draft] Joint
19 Scheduling Report; (2) provide a working telephone number and (3) ensure that its e-mail inbox
20 is in working order."  (Id. at 2.)

21 Although Plaintiff states that he talked to Mr. Griffin on October 2, 2018, it is apparent
22 from his letter that he is not sure who he spoke with.  (See ECF No. 12 at 4 ("I believe I spoke
23 with you earlier today. . . .")  Further, as Plaintiff has apparently had no contact with the
24 defendants, they have not agreed to electronic service and attempts to email are not sufficient to
25 comply with the Courts meet and confer requirements.  While Plaintiff attaches a "[Draft] Joint
26 Scheduling Report", it was not served on Defendants until March 8, 2019, when it was placed in
27 the United States mail.  (Id. at 2-3.)

28 The Court shall discharge the order to show cause and admonishes the parties in this

action that they are required to comply with orders issued by the Court and the failure to do so may result in the issuance of sanctions, including dispositive sanctions. The parties shall meet and confer regarding the filing of the joint statement. At this time, Plaintiff has served a copy of his proposed joint statement on Defendants. Defendants shall respond to Plaintiff's joint statement on or before March 25, 2019. Defendants are advised that the failure to comply with this order may result in the entry of default and judgment in favor of Plaintiff in this action. To allow time for the parties to confer regarding the joint statement, the scheduling conference in this matter shall be continued.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' unsigned response to the order to show cause is STRICKEN FROM THE RECORD;
2. The order to show cause filed on February 25, 2019 is DISCHARGED;
3. The mandatory scheduling conference in this matter set for March 28, 2019 is CONTINUED to **April 23, 2019, at 11:30 a.m.;**
4. The parties SHALL FILE a joint scheduling report **seven (7) days** prior to the scheduling conference; and
5. The failure to comply with this order will result in sanctions, up to and including dispositive sanctions.

IT IS SO ORDERED.

Dated: **March 13, 2019**

UNITED STATES MAGISTRATE JUDGE

3