# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> ANITA GRIFFIN, et al., <br><br> Defendants. | Case No. 1:18-cv-01619-LJO-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND STRIKING DEFENDANTS' ANSWER AS A SANCTION FOR FAILURE TO COMPLY WITH COURT ORDERS <br><br> (ECF No. 20) <br><br> SIXTY DAY DEADLINE |

Peter Strojnik, Sr. ("Plaintiff"), proceeding pro se in this action, filed a complaint against Anita Griffin and Greg Griffin (collectively "Defendants") alleging violations of the Americans With Disabilities Act and California law. (ECF No. 1.)

On May 28, 2019, the magistrate judge filed a findings and recommendations recommending that Defendants' answer be stricken from the record and default be entered as a sanction for Defendants' failure to comply with court orders. The findings and recommendations was served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the

1

findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed May 28, 2019, is ADOPTED IN FULL;
2. Defendants Anita Griffin and Greg Griffin's answer to the complaint, filed January 4, 2019, is STRICKEN FROM THE RECORD as a sanction for their failure to comply with orders of the Court;
3. The Clerk of the Court is DIRECTED to enter default against Defendants Anita Griffin and Greg Griffin; and
4. Plaintiff SHALL FILE a motion for default judgment within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **June 24, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE