# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> ANITA GRIFFIN, et al., <br><br> Defendants. | Case No. 1:18-cv-01619-LJO-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO COMPLY AND FAILURE TO PROSECUTE <br><br> (ECF No. 24) |

Peter Strojnik, Sr. ("Plaintiff"), proceeding pro se in this action, filed a complaint against Anita Griffin and Greg Griffin (collectively "Defendants") alleging violations of the Americans With Disabilities Act and California law. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 12, 2019, the magistrate judge filed a findings and recommending dismissal of the action due to Plaintiff's failure to comply with court orders and failure to prosecute. (ECF No. 24.) The findings and recommendations was served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service.[1] The period for filing objections has passed and no

---

[1] On September 30, 2019, the findings and recommendations mailed to Plaintiff was returned marked "Undeliverable, No longer at this address." Although Plaintiff's mail has been returned as undeliverable, Rule 182(f) of the Local Rules of the Eastern District of California provides that

1

objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed September 12, 2019, is ADOPTED IN FULL;
2. This action is DISMISSED for Plaintiff's failure to comply with Court orders and failure to prosecute.

IT IS SO ORDERED.

Dated: **November 27, 2019**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

---

Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective.

Any such address change must be provided within 63 days. *See* Local Rule 183(b). It has now been more than 63 days since the F&Rs issued. Plaintiff has failed to update his address.